NO. 01-13-00112-CR
Court of Appeals
First District of Texas
Houston

PD-0775-15

NO. 1236042
In the 180th District Court
of Harris County, Texas
Anthony Agado - Indigent Appellant

Texas Court of Criminal Appeals
201 W. 44th Street
Austin, Texas
.78701.

June 16th. 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUN 24 2015
Abel Acosta, Clerk

RE: Leave to File-out-of-
time PDR

FILED IN
COURT OF CRIMINAL APPEALS
JUN 26 2015
Abel Acosta, Clerk

Dear Court of Criminal Appeals.

I'm writing to request "Leave to File-out-of-time PDR, within the Court of Criminal Appeals, please," be advised that I do not know the law, or my Lawyers have refused to help me to File any petitions, motions, on my behalf, therefore... I have to proceed pro se or on my own.

I can and will show the Court of Criminal Appeals that "my Lawyer, Mrs. Ilana Gordon didn't advise me of the Court of Criminal Appeals Affirmation, until one full-year later approx." leaving me in a precarious situation legally, where I have to personally motion the Court of Criminal Appeals directly, or through this motion to advise you of why I need help addressing the time restrictions, and/or "needed additional time please to prepare present all argument(s)," or PDR/writ.

page. 1 of 2

I will show or prove to the Court of Criminal Appeals "that my Lawyer Mrs. Iana Gordon then wrote me telling me to write you directly, since I'm without a Lawyer or plan to proceed pro-se" and I've had to write to you directly for those reason(s) specificly "due to the fact(s), time restrictions, and Laws outlining Appeal process... I'm requesting the Court to please consider my motion," I don't know the Law and/or if I can even petition the Court of Criminal Appeals directly, "please grant me some kind of additional time to review the Law and/or see if I can petition the District Court for a new Lawyer or to prepare/present my Appeal pro-se.

Thank You, for your consideration and time on all issue(s) regarding my Appeal, "please excuse any mistakes I may have made in requesting, preparing, filing motions," I'm not a Lawyer and I'm doing my very best, once again Thank You.

Respectfully Submitted,
Anthony Agado

mailed out date: June 12th 2015

NO. 01-13-00112-CR
Court of Appeals
First District of Texas
Houston

June 16th·2015

NO. 1236042
In the 180th District Court
of Harris County, Texas
Anthony Agado - Indigent Appellant

Texas Court of Criminal Appeals
    201 W. 14th Street
Austin, Texas

·78701·

RE: Copy of clerks and
Reporter's volumes

Dear Court of Criminal Appeals,

I'm a Indigent Appellant attempting to proceed pro-se in preparing a PDR and/or P.writ, a complete copy of both the clerks and reporter's volumes is essential for my effective preperation of all pertinent petition(s), research, and argue all issue(s).

I have attempted to request help from my lawyer Mrs. Lana Gordon, but "Mrs. Gordon has informed, in a letter to me, that I am on my own" at this point, that is why I'm writing this motion or requesting the Court of Criminal Appeals assistance in this motion to obtain necessary records/volumes, please.

I am requesting the Court of Criminal Appeals to please order the Trial Judge Honorable Mr. Marc Brown of the 180th District Court, Harris County, Texas, to order the clerk to mail all pertinent records or materials in Case No. 1236042, so that I may be able to prepare a PDR / or Writ... the complete copy of both the clerk's and reporters volumes, is essential for me to effectively prepare my petition, research, and argue the issues surrounding my appeal.

I am a Indigent Appellant who has no legal expertise, no law education, "I am therefore requesting the Court of Criminal Appeals please be patient with me if I've made any mistakes in my preparation or presentation of motions"... or documentation... "I have no legal or law expertise," and I humbly pray that the Court of Criminal Appeals consider my motion, Thank you so very much, Thank you.

Respectfully Submitted,

Anthony Agado

mailed out date: June 17th. 2015